5:21-CV-483-ACA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2021 APR -5 P 12: 55

U.S. DISTRICT COURT
N.D. OF ALABAMA

233803

Inmate Identification Number:

Ronald Miguel Watson

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Lt. Jones, Jeremy S. Pelzer (Sgt.)
Officer Michael Fergus
Dyett, James Smith

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ✓ )    No ( )

    B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff: Ronald Miguel Watson

        Defendant(s): Lt. Jones, Jeremy S. Pelzer (Sgt.) Officer Michael Fergus Dyett, James Smith

2

2. Court (if Federal Court, name the district; if State Court, name the county) Northern District Of Alabama Northeastern Division

3. Docket number 5:21-cv-00186-KOB-JHE

4. Name of judge to whom case was assigned John H. England III

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit 3/21

7. Approximate date of disposition N/A

II. Place of present confinement Limestone Correctional Facility

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) & No (✓) They ignore the procedure all of the time!!

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I spoke/wrote the warden and several supervisors

2. What was the result? Nothing at all. They even ignore my wife phonecalls

D. If your answer is NO, explain why not: There is supposed to be a prisoner grievance procedure here like every other "facility", but all of these officers work together, do dirt together, and coverup for one another! I & I never recieve our mail or phonecalls. The wardens don't make proper rounds like they're supposed to, and nothing is hardly ever done by the SOP!!

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Ronald Miguel Watson

Address 28779 Nick Davis Rd. Harvest, Al. 35749
Limestone Correctional Facility

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Michael Fergus Dyett
Is employed as Correctional Officer #1
at Limestone Correctional Facility

C. Additional Defendants Lt. Jones, Jeremy S. Pelzer (Sgt.), James Smith (Warden designee) "all" Limestone Correctional Facility.

> I don't know his first name, because they only wear last names on their shirts!!

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

"I was assaulted (on camera)" by officer Michael Fergus Dyett on 2-25-21 on the segregation tier D-dorm infront and inside of my cell.
Lt. Jones was the supervisor on this shift on this particular night and allowed so many other officers to spray and assault me after they got me out of the dorm (outside), but failed to think about the outside tower cameras, aswell as the dorm lobby cameras!!
"All of my accusations are recorded!!"

_____
_____
_____
_____
_____

V.  **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Reach a financial settlement for me being assaulted on video cameras, aswell for my pain and suffering and so much more mental stress related to this incident! Also - i need whatever attorney appointed to me to contact me coup ~~athut the video cameras to support my claim before administration try to erase it or cover it up somehow!!~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 25, 2021___.

___Ronald Miguel Watson___
SIGNATURE

ADDRESS ___Limestone Correctional Facility___
___28779 Nick Davis Rd.___
___Harvest, al. 35749___

AIS # ___233803___


___March 25, 2021___
executed on

___5-6-2023___
My commission expires on

___Mitchell Wade McClellan___
Notary

5