Case: 5:21-cv-00483-ACA-JHE  Document #: 12-2  Date Filed: 06/28/2021  Page 2 of 11

Case 5:21-cv-00483-ACA-NAD  Document 13  Filed 08/04/21  Page 1 of 15

FILED
2021 Aug-04 PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)   "Amended Complaint"

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

2021 AUG -4 P 1:05

Ronald Miquel Watson
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Michael Fergus Dyett, Jeremy S. Pelzer, James Smith, Lt. Jones, Officer Andrews

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No.: _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

Page 1 of 14

I. **The Parties to this Complaint**

A. **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Ronald Miquel Watson

All other names by which you have been known: 

ID Number: 233803

Current Institution: Limestone Correctional Facility

Address: Harvest, Al. 35749
City / State / Zip Code

B. **The Defendant**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Fergus-Dyett, Michael

Job or Title (if known): Officer 1

Shield Number: 

Employer: ADOC (Limestone Correctional Facility)

Address: Harvest, Ala. 35749
City / State / Zip Code

☐ Individual Capacity    ☐ Official Capacity

Defendant No. 2

Name: Jeremy S. Pelzer

Job or Title (if known): Sgt.

Shield Number: 

Employer: ADOC (Limestone Correctional Facility)

Address: Harvest, Al. 35749
City / State / Zip Code

☐ Individual Capacity    ☐ Official Capacity

Page **2** of **14**

Defendant No. 3
   Name: James Smith
   Job or Title (if known): "Warden Designee"
   Shield Number:
   Employer: ADOC (Limestone Correctional Facility)
   Address: Harvest, Al. 35749
      City / State / Zip Code
   ☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4
   Name: Lt. Jones
   Job or Title (if known): Lt. Shift Supervisor
   Shield Number:
   Employer: ADOC (Limestone Correctional Facility)
   Address: Harvest, Al. 35749
      City / State / Zip Code
   ☐ Individual Capacity    ☐ Official Capacity

Continuation - see attached

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force, Corruption, Fraud, Treason, Poor Living Conditions, Unconstitutional Demands that violates the 8th and 14th Amendments.

Page 3 of **14**

B. The Defendant (continuation)

Name   Officer Andrews
Job or Title (if known) - Correctional Officer 1
Shield Number
Employer  ADOC Correctional Officer
Address  <u>HArvest</u>      <u>Al.</u>     <u>35749</u>
         City       State    Zip Code

Continuation Page 3 of 14

*I don't have exactly what you're asking, and is being deprived the right to the law library or law books!!*

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*: _____

### IV. State of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *On Feb 25, 2021 officer Dyett violently attacked me while i was restrained in handcuffs on the tier of D durm, after getting me off of the visitation video machine at approx. 7:15 p.m. This assault led from off of the tier into my cell where the assault continued until the code for assistance was called from the cubicle and the other officers (continuation see attached)*

cont. IV. State of Claim - Continuation Page 4 of 14

## IV. State of Claim

arrived on the scene (my cell) to continue the assault. Officer Andrews, Lt. Jones, Sgt. Pelzer, and several other officers led me from my upstairs cell down the tier, down the stairs, into the D-dorm lobby-outside of D-dorm to the front entrance where Offic Andrews still had me by my right arm. He then asked Lt. Jones to "watchout Lt.". Lt. Jones stepped aside" (releasing my left arm then Officer Andrews pepper sprayed me for no apparent reason while i was "still" restrained in handcuffs! I was then slammed down to the ground facedown onto my stomach where Sgt. Pelzer continued to spray me again. After he sprayed me, he reached inside of his jacket, pulled a flashlight from his utility belt, retrieved a black handgun "(a violation on the inside of a correctional facility grounds)", turn the flashlight on, and asked m "do you see this boy"? I looked up at him and shook my head "yes". That's when Lt. Jones stated, "if you move i will grant him permissi to blow your brains out"! Two other officers arrived to the code of officers need assistance late (Officer Green & officer Charley), and they helped me off of the ground and escorted me to the HCU Healthcare Unit "against their superiors orders" to get decontaminated and a body chart. note: All of this was caught on video, and also i have pictures of my injuries from the assault that was taken the very next morning, because the body chart was forged, and pictures or video was not taken in the infirmary like the rules and regulations of ADOC require whenever force is used on an inmate or officer inside of any ADOC state facility.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and they arose.

Inside and outside of D-dorm A&B side (Limestone Correctional Facility on February 25, 2021 At approx. 7:15p.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb. 25, 2021 at approximately 7:15 p.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer Dyett violently attacked me on the tier aswell in my cell by punching and kicking me repeatedly. Officer Andrews cont. see attached

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

A busted upper lip, pepper spray to the face and upper torso, aswell as bruises to the head (pictures available)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting that i be compinsated financial compensation for punitive damages resulting from the assault and excessive force from all of these officers and supervisors! I will make/agree to a settlement no lesser than $100,000 if agreement could be reached for the assault and excessive use of force resulting in my injuries to the head and mouth. Also for the sensory deprivation, mental stress, psy psychological stress that i'm under because of this incident that's all caught on camera!

cont. page 5 of 14

Cont. I V. State of Claim IV. Injuries - D.
escorted me outside by my right arm accompanied by Lt. Jones holding my left arm. Officer Andrews and Lt. Jones took turns spraying me while i was "restrained to the fullest". While Sgt. Pelzer put a gun to my head. Everyone on the tier saw officer Dyett assault me on the tier, and the camera saw (caught) the assault inside of my cell, because a camera is directly infront of my cell on the cieling! Also, the tower cameras, aswell as lobby cameras caught the assault (me being slammed to the ground and repeatedly sprayed afterwords and once before i was slammed to the ground by officer Andrews), because the lobby camera is directly infront of the lobby entrance door which catch all activity on the "yard" infront of the dorm, and the tower camera catch all activity on the yard(s) on the entire prison grounds. Therefore, these cameras would "clearly" show Sgt. Pelzer turning on the flashlight and putting the weapon (gun) to my head before these other two officers rescued me and escorted me to the HCU.

_____
_____
_____
_____
_____

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Limestone Correctional Facility

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Don't know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Don't know

If yes, which claims(s)?

Excessive force, etc.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No Because they deny us the forms or us the right to interact with the law clerk when he make his weekly rounds to segregation

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Page 7 of 14

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    It's impossible to be able to, because our rights be violated in segregation, because we don't have access behind these doors

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I informed Warden Streeter in person, aswell as a request slip to "please review the tape before i went to disciplinary hearing

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies:

    As mentioned i spoke to and wrote Warden Streeter several times, but he always hide his hand, and allow his designee Jame Smith to do his dirty work!!

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

Page 8 of 14

_____
_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit:
   Plaintiff(s) Ronald Miquel Watson
   Defendant(s) Officer Allbritton

2. Court *(if federal court, name the district; if state court, name the county and State)*:
   United States District Court Northern District of Alabama

3. Docket or index number:
   Case: 5:21-cv-00186-KOB-JHE

4. Name of Judge assigned to your case:
   _____

5. Approximate date of filing lawsuit:
   Feb. 2021

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition: _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*
   _____

## IX. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

Page **9** of **14**

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Ronald Miguel Watson
Prison Identification Number: 233803
Prison Address: Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest    AL    35749
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-12-21

Ronald Watson
Signature of Plaintiff

Page 10 of 14

Case 5:21-cv-00483-GCG-JHE

I Ronald Watson 233803 is in segregation at Limestone Correctional Facility! I answered these questions to the best of my ability! I didn't understand C & D II Basis for Jurisdiction on page 4 of 14 aswell as what exactly Individual Capacity or Official Capacity mean. Therefore, i didn't check the boxes. I'm being deprived the "right" to law books to lookup the different cases that this 1983 "Amended Complaint" refferred me to! I did the best that i could to fillout the forms properly, and to the best of my ability.

Thanks Ronald Miquel Watson 233803

Ronald Watson 233603 D-50
28779 Nick Davis Rd
Harvest, AL 35749

Clerk's Office
United States District Court
Northern District of Alabama
Hugo L Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

SECURITY
AUG 04 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA