# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD MIGUEL WATSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00483-ACA-NAD |
| LT. JONES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On January 23, 2023, the magistrate judge entered a report recommending that the court (1) grant Defendant James Smith's motion for summary judgment, and (2) deny Defendants Michael Fergus Dyett, Alex Andrews, Michael Jones, and Jeremy S. Pelzer's motion for summary judgment on the only claim asserted against them—use of excessive force against Plaintiff Ronald Miguel Watson. (Doc. 28). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days and the consequences of a failure to object (*id.* at 27), no party has filed any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. Accordingly, the court **GRANTS** Mr. Smith's motion for

summary judgment (doc. 25) and **WILL ENTER SUMMARY JUDGMENT** in Mr. Smith's favor and against Mr. Watson. The court **DENIES** Messrs. Dyett, Andrews, Jones, and Pelzer's motion for summary judgment (doc. 23) on Mr. Watson's excessive force claims against them in their individual capacities. The court **REFERS** Mr. Watson's excessive force claim against Messrs. Dyett, Andrews, Jones, and Pelzer to the magistrate judge for further proceedings.

The court will enter a separate partial judgment consistent with this opinion and order.

**DONE** and **ORDERED** this February 23, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE