FILED
2023 Apr-17 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD MIGUEL WATSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00483-ACA-NAD |
| LT. JONES, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On February 23, 2023, the court entered a partial summary judgment in this case, but allowed some claims to proceed. (Docs. 29, 30). On February 27, 2023, the magistrate judge noted that Plaintiff Miguel Watson appeared to have been transferred to a different correctional facility. (Doc. 31; *see also* doc. 27). The magistrate judge ordered Mr. Watson to confirm his current mailing address and notify the court whether he wished to continue prosecuting this action. (Doc. 31). He also warned Mr. Watson that a failure to respond within the time permitted could result in the dismissal of this action for failure to prosecute. (*Id.* at 2).

When Mr. Watson failed to comply with or otherwise respond that order, the magistrate judge entered a report recommending that the court dismiss the remaining claims without prejudice based on Mr. Watson's failure to prosecute. (Doc. 32). Although the magistrate judge advised Mr. Watson of his right to file objections to

the report and recommendation (*id.* at 3–4), the time to object has expired without objections. In fact, Watson has not filed anything with this court since filing his amended complaint on August 4, 2021. (Doc. 13).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  Accordingly, the court **WILL DISMISS** the remaining claims in this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 17, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE