FILED
2023 Jun-20 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2023 JUN 20 AM 8
U.S. DISTRICT COURT
N.D. OF ALABAMA

First and foremost, please understand Atta?8, i have "always" responded to any and all legal mail that i "recieved" in a timely fashion!! I have been transferred several times eversince i initially filed this complaint/suit, and everywhere i'm sent i'm sent to segregation instead of general population to keep from recieving my legal mail as i should. That's exactly why i asked that whenever i'm sent something from your courts, you review the legal mail roster to see exactly when/if i recieved the mail, what date it made it to the facility, the day that i signed the legal mail roster for it, etc.!! Also: I did respond to "all"!! Yes, the courts did notify me that they located and found me at Donaldson Correctional Facility "only" after i had been housed at this facility over six (6) months, and had previously written you all a change of address atleast five (5) months prior!! In these responses, i made it plain and clear that atleast two (2) of these officers that was "intentionally" told to me as a lie that they had resigned was just caughtup in an officer involved corruption scandal at Limestone Correctional Facility. Yes, Doc.27 will surely reflect that i was given a second time to respond to the defendants "summary judgement", but after several months. I will still respond to these summary judgements!!    ps*1of

after i had "already" responded to each and every one of them i was given notice that your courts had not recieved them although i had nothing but 14 days to respond! I even challenged/appealed the decision on Defendant Smith's outcome, but have not even heard a response on that!! Doc 28 at 27-28 clearly should not reflect that i did not respond to this particular document, but i'm sure that i did'nt respond, because it's so easy to say "anything" whenever i keep getting transferred to different facilities, placed in segregation for months at a time "(without any disciplinaries, incident reports, or any infractions what-so-ever" just so that i cont recieve or send legal mail"! This i exactly why on Feb.27,2023 the court had to locate me "again" after the court entered a memorandum opinion and partial summary judgment. Doc 29; Doc 30... Yes, Doc. 35 at 1 should reflect that i stated that "i did not recieve the court's Feb. 23,2023 memorandum opinion and partial summary judgment (Doc.29 & 30) until March 13,2023. Doc. 35 at 2 (see legal list log Ventress Correctional Facility). There was no need to respond to the Defendant's summary judgement motions, simply because by the time i recieved them, not even a week later i was served a "notice" clearly explaining to me that "my case was dismissed only because i had not responded to several summary judgments, objections to these reports aswell as objections! It was stated that i have not filed any pleadings with the court since my amended complaint on August 4, 2021", but that's a lie and anyone should clearly be able to see this, because you all have spoke upon several of my pleadings and complaints since August4, 2021!!

Pg # 2 of

Petitioner Ronald Watson #233803     Case# 5:21-CU-00483
                                                      ACA-NAR

Done this 1st day June, 2023     Notary Public

_Michael O Whan_

My commission expires on _May 19 2024_

29# of